ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
JENNIFER KISSEL-MORALES, ESQ.
Nevada Bar No. 008829
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
(702) 384-7000
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\*/

| | |
|---|---|
| CAROL S. AUSTIN-FINK, | Case No.: 2:09-cv-01981-PMP-LRL |
| Plaintiff, | |
| vs. | |
| AMERICAN MEDICAL SYSTEMS, INC. | |
| Defendant. | |

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S ERRATA
TO THE RECENT STIPULATION AND ORDER EXTENDING DISCOVERY**

COMES NOW Defendant, AMERICAN MEDICAL SYSTEMS, INC., by and through its attorneys, Alverson Taylor, Mortensen & Sanders, and submits this Errata to the Stipulation and Order Extending Dates in the Scheduling Order, which inadvertently indicated that "[t]he current discovery cut off be continued through and including January 3, 2010, and any discovery extension request shall be due on or before December 14, 2010." (See p. 3 lns. 3-4, Stip. and Order attached hereto as **Exhibit "A"**) (emphasis added). As January 3, 2010 is in the past, the Order would not flow chronologically, or adhere to the Court's scheduling guidelines, it is apparent that the Order should have indicated that the discovery deadline in this matter would be January 3, 2011, not 2010.

///

1

18349 LS

As such, and by way of clarification, Defendant AMERICAN MEDICAL SYSTEMS, INC. and Plaintiff CAROL AUSTIN-FINK hereby petition the Court to take note of and authorize via signature this Errata confirming that discovery is extended until January 3, 2011.

DATED this 29 day of July, 2010.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
JENNIFER KISSEL-MORALES, ESQ.
Nevada Bar No.: 008378
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
*Attorneys for Defendants*
*AMERICAN MEDICAL SYSTEMS,*
*INC.*

DATED this 29th day of July, 2010

MURPHY, SMALL & ASSOCIATES

By _____
PATRICK J. MURPHY, ESQ.
Nevada Bar No.: 001222
MICHAEL R. SMALL, ESQ.
Nevada Bar No.: 007519
1100 East Bridger Avenue
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

DATED this 10th day of August, 2010.

_____
U.S. MAGISTRATE JUDGE

///
///
///
///

2

18349 LS

```
********************
***   RX REPORT   ***
********************
```

RECEPTION OK

TX/RX NO              7593
RECIPIENT ADDRESS     7022594748
DESTINATION ID
ST. TIME              07/29 09:37
TIME USE              01'01
PGS.                       2
RESULT                OK

Patrick J. Murphy, Esq.
Nevada Bar No. 1222
Michael R. Small, Esq.
Nevada Bar No. 7519
MURPHY, SMALL & ASSOCIATES
1100 East Bridger Avenue
Las Vegas, Nevada 89101-5315
Telephone: (702) 259-4600
Facsimile: (702) 259-4748
debbie@patrickmurphylaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAROL S. AUSTIN-FINK,             )
                                  )   Case No.: 2:09-cv-01981-PMP-LRL
         Plaintiff,               )
                                  )
vs.                               )
                                  )
AMERICAN MEDICAL SYSTEMS, INC.,   )
a Delaware corporation; DOES 1 through )
10, inclusive,                    )
                                  )
         Defendants.              )
_____)

### STIPULATION AND ORDER TO EXTEND DATES IN SCHEDULING ORDER
### (SPECIAL SCHEDULING REVIEW REQUESTED)
### (SECOND REQUEST BEFORE THIS COURT)

The Parties, by and through their undersigned counsel of record, hereby stipulate to amend the Court's Order to Extend Dates in Scheduling Order of March 12, 2010, by extending the October 1, 2010 discovery deadline for an additional 90 days (including the dates for disclosures as specified in FRCP 26(a)(2)).

Plaintiff's deposition was previously scheduled for May 26, 2010, and at the request of defense counsel her deposition was vacated and rescheduled for July 8, 2010. Plaintiff's counsel

1



subsequently advised defense counsel that Plaintiff would be in the process of moving during that time period to Arizona. The Defendant has agreed to vacate the deposition scheduled for July 8, 2010 and to reschedule it for sometime in August or September, 2010. Defense counsel is also vacating the deposition of Plaintiff's treating physician, Jeff Zapinsky, M.D., currently scheduled for July 26, 2010, in order that they may take the Plaintiff's deposition first. Plaintiff is also in the process completing her supplements to written discovery. This is the Second Request to extend the discovery deadlines in the Discovery Plan and Scheduling Order.

Plaintiff and Defendant are in the process of obtaining the necessary experts in this case and after the experts complete the review of the materials provided, Plaintiff will provide written discovery to the Defendant. This action involves complex medical issues that need to be further evaluated by experts. The parties have identified the necessary discovery in this case, which will take longer than the October 1, 2010 discovery cut-off date.

I.      DISCOVERY PROPOUNDED BUT NOT COMPLETED

The Defendant's have served written discovery upon the Plaintiff. Plaintiff is in the process of supplementing her responses. Plaintiff will initiate written discovery after the experts have completed their review of the medical records and other materials.

II.     DISCOVERY THAT REMAINS TO BE COMPLETED

**Depositions**

1.      The parties anticipate that the Plaintiff will take the depositions of employees/officers of Defendant American Medical Systems, Inc., and believe three to four witnesses will be deposed. Plaintiff will also take the deposition of Defendant's expert(s).

2.      The Defendant will take the deposition of the Plaintiff and her surgeon, Jeffrey Zapinsky, M.D. Defendant will also take the deposition of Plaintiff's expert(s).

### III. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties propose the following schedule for the remaining discovery:

1. The current discovery cut off be continued through and including January 3, 2011 xxx and any discovery extension request shall be due on or before December 31, 2010.

2. The parties shall submit their expert disclosures on or before November 1, 2010.

3. The parties shall submit their rebuttal expert disclosures on or before December 1, 2010.

4. The parties shall file interim status reports as required by LR 26-3 on or before November 1, 2010.

5. All pretrial motions, including, but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and motions in limine shall be filed and served no later than February 2, 2011 xxxx such date being 30 days after the close of discovery.

6. The joint pretrial order shall be filed with the Court no later than March 4, 2011, such date being 30 days after the date set for filing dispositive motions.

Dated this 30th day of June, 2010.                     Dated this 30th day of June, 2010.

MURPHY, SMALL & ASSOCIATES                    ALVERSON, TAYLOR, MORTENSEN & SANDERS


/s/ Michael R. Small                                              /s/ LeAnn Sanders
PATRICK J. MURPHY, ESQ.                              LeAnn Sanders, Esq.
Nevada Bar No. 1222                                          Nevada Bar No. 390
MICHAEL R. SMALL, ESQ.                              7401 W. Charleston Blvd.
Nevada Bar No. 7519                                          Las Vegas, NV 89117
1100 E. Bridger Ave.                                           Facsimile: (702) 385-7000
Las Vegas, NV 89101                                          Attorney for Defendant
Facsimile: (702) 259-4748
Attorneys for Plaintiff

3

## ORDER

**IT IS SO ORDERED.**

DATED this _____ of _____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

## Electronic Filing

**From:** cmecf@nvd.uscourts.gov
**Sent:** Wednesday, June 30, 2010 3:10 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:09-cv-01981-PMP-LRL Austin-Fink v. American Medical Systems, Inc. Proposed Discovery Plan/Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Small, Michael on 6/30/2010 at 3:10 PM PDT and filed on 6/30/2010

**Case Name:** Austin-Fink v. American Medical Systems, Inc.
**Case Number:** 2:09-cv-01981-PMP-LRL
**Filer:** American Medical Systems, Inc.
Carol S. Austin-Fink
**Document Number:** 18

**Docket Text:**
**PROPOSED Discovery Plan/Scheduling Order filed by Defendant American Medical Systems, Inc., Plaintiff Carol S. Austin-Fink. (Small, Michael)**


**2:09-cv-01981-PMP-LRL Notice has been electronically mailed to:**

Jennifer Kissel     efile@alversontaylor.com

LeAnn Sanders     efile@alversontaylor.com

Michael R Small     farlite@aol.com

Patrick J Murphy     murphylaw@msn.com, debbie@patrickmurphylaw.com

**2:09-cv-01981-PMP-LRL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/30/2010] [FileNumber=4810806-0
] [76b6fc5b60f1e337cc323c4051bbca0488f48a2a516ae24283cdefc973a11b32047
e9ebac256844a3852ac945a333033f72c2e9f0fa0593159cf82d0fbd3a546]]

6/30/2010